UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SEALED,<br><br>　　　　Defendant. | Case No. 3:24-CV-00270-ART-CLB<br><br>**ORDER RE: MOTION TO PARTIALLY QUASH WARRANT**<br><br>[ECF No. 7] |

On June 11, 2024, the Government presented an inspection warrant request to the undersigned for review.[1] (ECF No. 3 (sealed).) At that time, having determined the applicable standards were met sufficiently to issue a warrant, the Court granted the warrant request. (ECF No. 4 (sealed).) The warrant authorized inspection under the Fair Labor Standards Act of 1938 of 250 Chism Street, Reno, Nevada, 89503, which is the office of RayCo Drywall ("RayCo"). (*Id.*) On June 24, 2024, Counsel for the RayCo filed an emergency motion to partially quash the warrant, or in the alternative, to suppress and return the Department of Labor's review of Rayco's privileged documents based on "attorney client privilege" of the subject material and an alleged lack of probable cause to issue the warrant. (*See* ECF No. 7.) The motion to quash was filed with the Court on an emergency basis. (*Id.*)

Having reviewed the motion, the Court does not find that the motion constitutes an emergency and therefore does not find that expedited briefing is appropriate in this matter. *See* LR 7-4(c). The motion will therefore be briefed in the normal course.

///

///

---

[1] This case was originally opened as Case No. 3:24-mj-00043-CLB. However, as the case was fully sealed, the parties could not file their motion to quash. Therefore, the Court opened this civil case. No further documents shall be filed under the 3:24-mj-0043-CLB case number but shall be filed under the new 3:24-cv-00270-ART-CLB case number.

Accordingly, the Government shall file a response by no later than Thursday, July 11, 2024. Any reply shall be filed by no later than Thursday, July 18, 2024. The parties have leave to file these documents under seal without further leave.

**IT IS SO ORDERED.**

**DATED**: June 27, 2024

_____
UNITED STATES MAGISTRATE JUDGE